O

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM EVANS, | Case No. 2:20-cv-08206-JGB-JC |
| Petitioner, | |
| v. | JUDGMENT |
| FELIPE MARTINEZ, JR., | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the "Petition for Writ of Habeas Corpus by a Person in Federal Custody (28 U.S.C. § 2241)," which has been construed to be a motion arising under 28 U.S.C. § 2255, and this action are dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: July 27, 2021

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE